DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES E. HUBBARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-3660

[August 10, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502016CF009463A.

Carey Haughwout, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***